```
KEVIN V. RYAN (CSBN 118321)                          **E-filed 10/10/06**
United States Attorney
JAY R. WEILL  (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
THOMAS MOORE (ASBN 4305-T78O)
Assistant United States Attorney
  10th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-6935

Attorneys for United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and ANGELA PHILLIPS, Revenue Officer,<br><br>  Petitioners,<br><br>  v.<br><br>RAYMOND ONG,<br><br>  Respondent. | Case No. C-06-4411-JF<br><br>STATUS CONFERENCE STATEMENT AND REQUEST FOR CONTINUANCE AND [~~proposed~~] ORDER<br><br>TIME:  10:30 A.M.<br>DATE:  October 20, 2006.<br>PLACE: Courtroom 3, 5th Floor<br>           280 South First Street<br>           San Jose, California |

The United States of America submits this Case Management Conference Statement pusuant to the Clerk's Notice of August 25, 2006.

**1.     PROCEEDINGS IN THIS MATTER**

On September 25, 2006, the Court entered its Order To Show Cause Re Enforcement Of Internal Revenue Service Summons.  The Order requires that the Order and the Verified Petition To Enforce Summons be served on Respondent Raymond Ong on or before Friday, October 13, 2006 and schedules a hearing on the order and petition for November 17, 2006.

The Order to Show Cause Re Enforcement of Internal Revenue Service Summons and the related petition was forwarded to the process-server on September 26, 2006, but has not yet been served on Raymond Ong.

**2.     REQUEST TO CONTINUE STATUS CONFERENCE**

For the reason that the hearing on the Court's Order to Show Cause Re Enforcement Of

1  Internal Revenue Service Summons has already been entered there is nothing to be considered at the
2  Case Management Conference which might more appropriately be considered at the summons
3  enforcement hearing, the United States requests that the status conference be continued to 9:00 a.m.
4  on November 17, 2006.

KEVIN V. RYAN
United States Attorney

/s/ Thomas Moore
THOMAS MOORE
Assistant United States Attorney
Tax Division
Attorneys for Petitioner

**IT IS ORDERED** that the Status Conference in this matter is rescheduled to November 17, 2006, at 9:00 a.m.

Dated: 10/10/06

UNITED STATES DISTRICT JUDGE
Jeremy Fogel