**E-Filed 11/17/2006**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　Petitioners,<br><br>　　v.<br><br>RAYMOND ONG,<br><br>　　　　　　Respondent. | Case Number C 06-4411 JF<br><br>ORDER[1] GRANTING PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS<br><br>[re: docket no. 7] |

　　　The Internal Revenue Service ("IRS") issued a summons to Respondent Raymond Ong ("Ong") on April 19, 2006, as part of its efforts to determine his federal income tax liabilities. Ong did not appear on May 16, 2006, as requested, or provide the documents sought by the IRS. The United States filed a petition for enforcement of the summons on July 19, 2006. On September 25, 2006, the Court issued an order to show cause why Ong should not be compelled to appear and provide documents and testimony as required by the summons. On October 12, 2006, Revenue Officer Andrea Evans personally served the order to show cause on Ong. Ong did not file any response to the order to show cause or appear at oral argument as ordered by the

---

[1] This disposition is not designated for publication and may not be cited.

1  Court in the order to show cause.  Accordingly, the Court will grant the petition for enforcement
2  of the IRS summons.
3
4  IT IS SO ORDERED.
5
6  DATED: November 17, 2006

JEREMY FOGEL
United States District Judge

Case No. C 06-4411 JF
ORDER GRANTING PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS
(JFLC1)

1  This Order has been served upon the following persons:

2  Thomas Moore        tom.moore@usdoj.gov

3  Jay R. Weill        jay.weill@usdoj.gov

4

5  Notice will be delivered by other means to:

6  Thomas Moore
   DOJ
7  450 Golden Gate Avenue
   9th Floor
8  San Francisco, CA 94102

9
   Kevin V. Ryan
10 United States Attorney
   450 Golden Gate Avenue
11 P.O. Box 36055
   San Francisco, CA 94102
12

13 Raymond Ong
   452 Carmelita Drive
14 Mountain View, CA 94040

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 06-4411 JF
ORDER GRANTING PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS
(JFLC1)