1

2                                                          **E-Filed 12/13/2006**

3

4

5

6

7

8                              NOT FOR CITATION

9              **IN THE UNITED STATES DISTRICT COURT**

10          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11                            **SAN JOSE DIVISION**

12
      UNITED STATES OF AMERICA and ANGELA        Case Number C 06-4411 JF (HRL)
13    PHILLIPS, Revenue Officer,
                                                  ORDER[1] TO SHOW CAUSE
14                         Petitioners,
                                                  [re: docket no. 14]
15                v.

16    RAYMOND ONG,

17                         Respondent.

18

19        The Internal Revenue Service ("IRS") issued a summons to Respondent Raymond Ong

20  ("Ong" or "Respondent") on April 19, 2006, as part of its efforts to determine his federal income

21  tax liabilities.  Ong did not appear on May 16, 2006, as requested, or provide the documents

22  sought by the IRS.  The United States filed a petition for enforcement of the summons on July

23  19, 2006.  On September 25, 2006, the Court issued an order to show cause why Ong should not

24  be compelled to appear and provide documents and testimony as required by the summons.  On

25  October 12, 2006, Revenue Officer Andrea Evans personally served the order to show cause on

26  Ong.  Ong did not file any response to the order to show cause or appear at oral argument as

27  _____

28        [1] This disposition is not designated for publication and may not be cited.

1   ordered by the Court in the order to show cause.  Accordingly, the Court granted the petition for

2   enforcement of the IRS summons on November 17, 2006.

3          On December 7, 2006, the United States applied for an order to show cause why Ong

4   should not be held in contempt for his failure to comply with the summons.  The United States

5   has provided the Court with the declaration of Assistant United States Attorney Thomas Moore,

6   who states that Ong has not provided the required testimony or documents.  Moore declares that

7   Ong has not contacted the United States Attorney's office regarding the matter, but that Ong has

8   sent "tax-protestor type emails" to IRS agents.

9          Good cause having been shown in its application and accompanying declaration, IT IS

10  HEREBY ORDERED that:

11         Respondent appear before the Court on January 26, 2007, at 9 a.m., in Courtroom No. 3,

12  5th Floor, United States Courthouse, 280 South First Street, San Jose, California, and then and

13  there show cause, if any, why he should not be held in contempt for failure to comply with the

14  IRS summons as enforced by the Order Granting Petition To Enforce Internal Revenue Service

15  Summons; and it is further

16         ORDERED that within twenty-eight (28) days before the return date of this Order,

17  Respondent may file and serve a written response to the Order To Show Cause Re: Contempt,

18  supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as

19  well as any motions he desires to make; that the petitioner may file and serve a written reply to

20  such response, if any, within fourteen (14) days before the return date of this Order; that all

21  motions and issues raised by the pleadings will be considered on the return date of this Order,

22  and only those issues raised by motion or brought into controversy by responsive pleadings and

23  supported by affidavit(s) or declaration(s) will be considered at the return of this Order.

24

25  DATED: December 13, 2006.

26

27                                                      _____

28                                                      JEREMY FOGEL
                                                        United States District Judge

Case No. C 06-4411 JF (HRL)
ORDER TO SHOW CAUSE
(JFLC1)

1  This Order has been served upon the following persons:

2  Thomas Moore        tom.moore@usdoj.gov

3  Jay R. Weill         jay.weill@usdoj.gov

4  Notice will be delivered by other means to:

5  Thomas Moore
   DOJ
6  450 Golden Gate Avenue
   9th Floor
7  San Francisco, CA 94102

8  Kevin V. Ryan
   United States Attorney
9  450 Golden Gate Avenue
   P.O. Box 36055
10 San Francisco, CA 94102

11 Raymond Ong
   452 Carmelita Drive
12 Mountain View, CA 94040

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3