**E-Filed 3/30/2007**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br>     Petitioners, <br><br>  v. <br><br>RAYMOND ONG, <br><br>     Respondent. | Case Number C 06-4411 JF <br><br> ORDER[1] DENYING REQUEST TO DISQUALIFY COUNSEL FOR THE UNITED STATES |

  Respondent Raymong Ong appeared at a further contempt hearing on March 30, 2007. At that time, Respondent provided the Court with a copy of a document entitled "Notice of Disqualification of the District Attorney." Respondent apparently seeks to disqualify counsel for the United States. However, Respondent bases his arguments on California statutes, not federal law. These arguments are not relevant to the instant action, which pertains to the enforcement of an Internal Revenue Service Summons by the federal government. Accordingly, nothing in Respondent's papers supports disqualification of counsel for the United States. Respondent's request will be denied.

---

  [1] This disposition is not designated for publication and may not be cited.

1   A tension appears to exist between Respondent's declaration that he performed the
2   underlying research, Decl. ¶ 2, and statements in the declaration that suggest that it was prepared
3   for an action in Nevada County, California, in 2001. Decl. ¶ 4.f (referring to District Attorney
4   and Public Defender offices of Nevada County), Decl. 8 (year of signature). This tension
5   heightens the Court's concern, which it stated at the hearing, that Respondent may be receiving
6   legal advice from individuals not licensed to practice law in this state. The Court again strongly
7   encourages Respondent to seek legal advice from a licensed attorney.

9   IT IS SO ORDERED.

11  DATED: March 30, 2007

_____
JEREMY FOGEL
United States District Judge

2

Case No. C 06-4411 JF
ORDER DENYING REQUEST TO DISQUALIFY COUNSEL FOR THE UNITED STATES
(JFLC1)

1  This Order has been served upon the following persons:

2  Thomas Moore          tom.moore@usdoj.gov

3  Jay R. Weill          jay.weill@usdoj.gov

4

5  Notice will be delivered by other means to:

6  Raymond Ong
   452 Carmelita Drive
7  Mountain View, CA 94040

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 06-4411 JF
ORDER DENYING REQUEST TO DISQUALIFY COUNSEL FOR THE UNITED STATES
(JFLC1)