**E-Filed 6/11/07**

EMILY J. KINGSTON (State Bar No. 184752)
E-Mail:   ekingston@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111-3629
Telephone:   (415) 392-1960
Facsimile:   (415) 392-0827

Attorneys for Respondent Raymond Ong

**E-FILING**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>v.<br><br>RAYMOND ONG,<br><br>    Respondent. | CASE NO. C-06-4411 JF<br><br>**STIPULATION TO CONTINUE HEARING AND [Proposed] ORDER THEREON**<br><br>Date:   June 15, 2007<br>Time:   9:00 a.m.<br>Crtrm.:  # 3, 5th Floor<br>         San Jose, California<br>Judge:  The Honorable Jeremy Fogel |

IT IS HEREBY STIPULATED AND AGREED by and between the Petitioner, the United States of America, and the Respondent, Raymond Ong ("Mr. Ong"), by and through the signatures of their respective counsel as set forth below, that the hearing scheduled to occur on Friday, June 15, 2007, at 9:00 a.m., shall be continued to Friday, August 31, 2007, at 9:00 a.m.  The bases for this stipulated continuance are as follows:

   1.   Mr. Ong has produced all documents in response to the administrative Internal Revenue Service Summons served upon him that is the subject of this action.

   2.   The underlying Summons is a collection Summons, in that it calls for information related to the assets of Mr. Ong, so that the Internal Revenue Service can determine, *inter alia*,

---
Case No. C-06-4411 JF
STIPULATION TO CONTINUE HEARING; ORDER THEREON

whether he has an ability to pay the federal taxes assessed against him. However, the taxes assessed against Mr. Ong are based on Substitutes for Return prepared by the Internal Revenue Service, as he did not himself file returns for the relevant years.

3. As he advised the Court, it is Mr. Ong's intention to file returns for each of the years for which he did not previously do so, in order to properly and accurately report his income, deductions and the amount of taxes due. Mr. Ong is continuing in the process of accumulating the documentation necessary to prepare such returns.

4. Because Mr. Ong did not retain copies of various documents necessary for the preparation of these returns, he has been required to seek out duplicate originals from various sources. He has made requests to all relevant sources, and is continuing to slowly receive copies of the requested documents. Despite his diligent efforts in this regard, it has taken longer than he anticipated to receive the requested documents and he has not yet received all documents necessary for the accurate preparation of his returns. Mr. Ong anticipates that he will be able to fully and accurately prepare and file his returns in sixty days.

5. Once his returns are filed, Mr. Ong will be prepared to present testimony in response to the summons as to his ability to pay any taxes due reflected on the anticipated returns.

6. In addition to the above, Mr. Ong will be unavailable to appear at the hearing on the date currently scheduled, June 15, 2007. He has been advised by his employer that he must travel to Taiwan from June 9, 2007, through June 16, 2007, in order to conduct a critical piece of work for his company.

7. In light of the fact that Mr. Ong is diligently working to prepare and file his returns for the relevant years, and the fact that Mr. Ong will be unavailable due to a work commitment to attend the June 15, 2007, hearing, the parties agree that the hearing in this matter presently scheduled for June 15, 2007, should be continued to August 31, 2007, a date after Mr. Ong will have filed his returns. This continuance will also allow sufficient time for the IRS to process the anticipated returns and interview Mr. Ong for collection purposes on the basis of the taxes

///

///

1 reflected due thereon.

2 **IT IS SO STIPULATED.**

3                         Respectfully submitted,

4                         SCOTT SCHOOLS
                        United States Attorney

7 DATED: June 7, 2007    By: /s/ Thomas Moore
                                     THOMAS MOORE
8                         Assistant U.S. Attorney
                        Tax Division
9                         Attorneys for Petitioner
                        United States of America

11                         SIDEMAN & BANCROFT LLP

13 DATED: June 7, 2007    By: /s/ Emily J. Kingston
                                     EMILY J. KINGSTON
14                         Attorneys for Respondent
                        Raymond Ong

17                              **ORDER**

18 Pursuant to the Stipulation of the parties as set forth above,

19 IT IS HEREBY ORDERED that the hearing scheduled for Friday, June 15, 2007, at 9:00

20 a.m., shall be continued to Friday, August 31, 2007, at 9:00 a.m.

22 Dated: 6/11/07

23                               THE HONORABLE JEREMY FOGEL
                              United States District Judge

24 10239\355345v1