1  EMILY J. KINGSTON (State Bar No. 184752)
   E-Mail:     *ekingston@sideman.com*
2  SIDEMAN & BANCROFT LLP
   One Embarcadero Center, Eighth Floor
3  San Francisco, California 94111-3629
   Telephone:    (415) 392-1960
4  Facsimile:    (415) 392-0827

5  Attorneys for Respondent Raymond Ong

6                                                    **<u>E-FILING</u>**

7

8          **UNITED STATES DISTRICT COURT**

9         **NORTHERN DISTRICT OF CALIFORNIA**

10                **SAN JOSE DIVISION**

11  UNITED STATES OF AMERICA,          CASE NO. C-06-4411 JF

12          Petitioner,                **STIPULATION TO CONTINUE
                                        HEARING AND [Proposed] ORDER**
13      v.                             **THEREON**

14  RAYMOND ONG,                       Date:      August 31, 2007
                                       Time:      9:00 a.m.
15          Respondent.                Crtrm.:    # 3, 5th Floor
                                                  San Jose, California
16                                     Judge:     The Honorable Jeremy Fogel

17

18          IT IS HEREBY STIPULATED AND AGREED by and between the Petitioner, the United

19  States of America, and the Respondent, Raymond Ong ("Mr. Ong"), by and through the signatures

20  of their respective counsel as set forth below, that the hearing currently scheduled to occur on

21  Friday, August 31, at 9:00 a.m., shall be continued to Friday, November 2, 2007, at 9:00 a.m.  The

22  bases for this stipulated continuance are as follows:

23          1.      Mr. Ong has produced all documents in response to the administrative Internal

24  Revenue Service Summons served upon him that is the subject of this action.

25          2.      The underlying Summons is a collection Summons, in that it calls for information

26  related to the assets of Mr. Ong, so that the Internal Revenue Service can determine, *inter alia*,

27  whether he has an ability to pay the federal taxes assessed against him.  However, the taxes

28  assessed against Mr. Ong are based on Substitutes for Return prepared by the Internal Revenue

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3629

1   Service, as he did not himself file returns for the relevant years on the dates due.

2       3.      As he advised the Court, it is Mr. Ong's intention to file returns for each of the

3   years for which he did not previously do so, in order to properly and accurately report his income,

4   deductions and the amount of taxes due. Mr. Ong has been working with an accountant to prepare

5   the returns in question, but the process is not yet complete.

6       4.      Once his returns are filed, Mr. Ong will be prepared to present testimony in

7   response to the summons as to his ability to pay any taxes due reflected on the anticipated returns.

8       5.      In addition to the above, counsel for the United States, Thomas Moore, is in the

9   midst of preparing for an imminent trial and, as such, is unavailable to appear at the hearing on the

10  date currently scheduled, August 31, 2007.

11      6.      In light of the fact that Mr. Ong is diligently working to prepare and file his returns

12  for the relevant years, and the fact that counsel for the United States is unavailable to attend the

13  August 31, 2007, hearing, the parties agree that the hearing in this matter presently scheduled for

14  August 31, 2007, be continued to Friday, November 2, 2007, a date after which Mr. Ong will have

15  filed his returns. This continuance will also allow sufficient time for the IRS to process the

16  anticipated returns and interview Mr. Ong for collection purposes on the basis of the taxes

17  reflected due on such returns.

18  **IT IS SO STIPULATED.**

19                          Respectfully submitted,

20                          SCOTT SCHOOLS
                            United States Attorney

21

22

23  DATED: _August 28, 2007_      By: _/s/ Thomas Moore_
                                  THOMAS MOORE

24                                Assistant U.S. Attorney
                                  Tax Division

25                                Attorneys for Petitioner
                                  United States of America

26

27

28

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111

SIDEMAN & BANCROFT LLP

DATED: _August 28, 2007_          By:  _/s/ Emily J. Kingston_
                                       EMILY J. KINGSTON
                                       Attorneys for Respondent
                                       Raymond Ong


## ORDER

Pursuant to the Stipulation of the parties as set forth above,

IT IS HEREBY ORDERED that the hearing scheduled for Friday, August 31, 2007, at 9:00 a.m., shall be continued to Friday, November 2, 2007, at 9:00 a.m.


Dated:  _8/29/07_          _____
                           THE HONORABLE JEREMY FOGEL
                           United States District Judge

10239\395211v1

STIPULATION TO CONTINUE HEARING; ORDER THEREON