\*\*E-filed 3/17/08\*\*

1  EMILY J. KINGSTON (State Bar No. 184752)
   E-Mail:     ekingston@sideman.com
2  SIDEMAN & BANCROFT LLP
   One Embarcadero Center, Eighth Floor
3  San Francisco, California 94111-3629
   Telephone:  (415) 392-1960
4  Facsimile:  (415) 392-0827

5  Attorneys for Respondent Raymond Ong

6                                                          <u>E-FILING</u>

7                     UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                            SAN JOSE DIVISION

10 UNITED STATES OF AMERICA,              CASE NO. C-06-4411 JF

11        Petitioner,

12   v.                                   **STIPULATION FOR RETURN
                                          OF CASH BOND AND
13 RAYMOND ONG,                           [Proposed] ORDER THEREON**

14        Respondent.

15

16        **IT IS HEREBY STIPULATED AND AGREED** by and between the Petitioner, the

17 United States of America, and the Respondent, Raymond Ong ("Mr. Ong"), by and through the

18 signatures of their respective counsel as set forth below, as follows:

19        1.   On or about March 30, 2007, pursuant to the Court's oral Order setting bail dated

20 March 26, 2007, Mr. Ong deposited a cash bond in the amount of $28,500 with the Clerk of the

21 United States District Court for the Northern District of California (the "Clerk") for placement in

22 the Court's registry account.

23        2.   The cash bond has remained in the Court's registry account since the date of its

24 deposit. A copy of a letter from the Clerk reflecting this fact is attached hereto as Exhibit A.

25        3.   The parties agree that Mr. Ong is entitled to a return of the deposited cash bond in

26 the amount of $28,500, plus any interest thereon accrued from and after March 30, 2007, until the

27 date of disbursement to Mr. Ong, less any Court registry fees.

28        4.   The parties further agree that the Court may enter the following Order directing the

Case No. C-06-4411 JF
**STIPULATION FOR RETURN OF CASH BOND AND [Proposed] ORDER**

1  Clerk to forthwith disburse the funds to Mr. Ong.

2                                          Respectfully submitted,

3                                          JOSEPH P. RUSSIONIELLO
                                           United States Attorney

6  DATED: March 14, 2008        By: /s/ Thomas Moore
                                    THOMAS MOORE
7                                   Assistant U.S. Attorney
                                    Tax Division
8                                   Attorneys for Petitioner
                                    United States of America

9                                   SIDEMAN & BANCROFT LLP

12 DATED: March 14, 2008        By: /s/ Emily J. Kingston
                                    EMILY J. KINGSTON
13                                  Attorneys for Respondent
                                    Raymond Ong

### ORDER

17 Pursuant to the Stipulation of the parties as set forth above,

18 IT IS HEREBY ORDERED that the Clerk of the United States District Court for the

19 Northern District of California shall cause to be disbursed from the Court's registry account to the

20 Respondent, Raymond Ong, the cash bond previously deposited with the Clerk on or about March

21 30, 2007, in the amount of $28,500, plus any and all interest that has accrued on such deposit from

22 and after March 30, 2007 until the date of disbursement to Mr. Ong, less any Court registry fees.

24 Dated: 3/17/08                    _____
                                    THE HONORABLE JEREMY FOGEL
25                                  United States District Judge

26 10239\565566v1